Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs<br><br>　　v.<br><br>AMERICAN MULTI-CINEMA, INC.; and DOES 1-10,<br><br>　　　　　　Defendants.<br>_____ | Case No. CV 07-00171 JHN-AJWx<br><br>**CLASS ACTION**<br><br>**NOTICE OF TENTATIVE CLASS ACTION SETTLEMENT** |

　　　Pursuant to Local Rule 16-15.7, plaintiff Michael Bateman hereby gives notice that, at a mediation on October 14, 2010, the parties reached agreement on the material terms of a class action settlement. The parties are in the process of preparing formal settlement documents and plaintiff anticipates that a motion for preliminary approval of class action settlement will be filed within approximately 30 days.

Dated:　　　October 18, 2010　　　　　　SPIRO MOSS LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Gregory N. Karasik
　　　　　　　　　　　　　　　　　　　　　　Gregory N. Karasik
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff