Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN MULTI-CINEMA, INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV 07-00171 JHN-AJWx<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: February 7, 2011<br>Time: 2:00 p.m.<br>Ctrm: 790 (Roybal) |

Please take notice that, on February 7, 2011, at 2:00 p.m. or as soon thereafter as counsel may be heard, in Courtroom 790 in the Roybal Federal Building and Courthouse, located at 255 E. Temple Street, Los Angeles, California, plaintiff Michael Bateman ("Plaintiff") will and hereby does move for preliminary approval of the class action settlement reached between Plaintiff and defendant American Multi-Cinema, Inc. ("AMC") set forth in the Stipulated Settlement Agreement and Release (the "Settlement") attached to the Declaration of Gregory N. Karasik filed herewith.

Specifically, Plaintiff moves for an order:

1) granting preliminarily approval of the terms of the Settlement, including the nature and amount of the settlement benefits to class members; the procedure for giving notice to class members of their rights under the Settlement; and the procedure available to class members for opting out of the Settlement;

2) certifying preliminarily for settlement purposes the following settlement class (the "Settlement Class"): All individuals in the United States of America who, between December 4, 2006 and January 29, 2007, used a credit card or debit card to purchase a movie ticket from AMC and were provided at the point of the sale with an electronically-printed receipt on which was printed the first four and the last four digits of the person's credit card or debit card number;

3) appointing Plaintiff as class representative for the Settlement Class;

4) appointing Gregory N. Karasik of the law firm Spiro Moss LLP as counsel for the Settlement Class;

5) approving the content and means of giving notice to members of the Settlement Class of their rights as provided in the Settlement;

6) directing that notice be given to members of the Settlement Class as provided in the Settlement;

7) establishing deadlines for members of the Settlement Class to opt out of the Settlement and/or to submit objections to the Settlement as provided in the Settlement; and

6) scheduling a final fairness hearing to determine whether the Settlement should be finally approved as fair, reasonable and adequate.

Plaintiff's motion for preliminary approval is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate and provides for notice in a reasonable manner to class members of their rights under the Settlement.

Plaintiff's motion is based on this Notice; the Memorandum of Points and Authorities and Declaration of Gregory N. Karasik, filed herewith; all other papers on file in this action; and on any oral argument or other matters the Court may take into consideration when ruling on the motion.

Dated:       January 6, 2011            SPIRO MOSS LLP

By: /s/ Gregory N. Karasik
Gregory N. Karasik

Attorneys for Plaintiff