Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN MULTI-CINEMA, INC.; and DOES 1-10,<br><br>Defendants. | Case No. CV 07-00171 JHN-AJWx<br><br>**CLASS ACTION**<br><br>**[proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: February 7, 2011<br>Time: 2:00 p.m.<br>Ctrm: 790 (Roybal) |

The motion of plaintiff Michael Bateman ("Plaintiff") for approval of the class action settlement reached between Plaintiff and defendant American Multi-Cinema, Inc. ("AMC"), as set forth in the Stipulated Settlement Agreement and Release (the "Settlement") attached to the Declaration of Gregory N. Karasik, came regularly on for hearing on February 7, 2011. Good cause having been shown, Plaintiff's motion is GRANTED and it is hereby ordered that:

1) The Court hereby grants preliminarily approval of the terms of the Settlement, including the nature and amount of the settlement benefits to class

1

members; the procedure for giving notice to class members of their rights under the Settlement; and the procedure available to class members for opting out of the Settlement;

2) The Court hereby certifies preliminarily for settlement purposes the following settlement class (the "Settlement Class"): All individuals in the United States of America who, between December 4, 2006 and January 29, 2007, used a credit card or debit card to purchase a movie ticket from AMC and were provided at the point of the sale with an electronically-printed receipt on which was printed the first four and the last four digits of the person's credit card or debit card number;

3) The Court hereby appoints Plaintiff as class representative for the Settlement Class;

4) The Court hereby appoints Gregory N. Karasik of the law firm Spiro Moss LLP as counsel for the Settlement Class;

5) The Court hereby approves the content and means of giving notice to members of the Settlement Class of their rights as provided in the Settlement;

6) The Court hereby directs that notice be given to members of the Settlement Class as provided in the Settlement;

7) The Court hereby establishes the deadlines for members of the Settlement Class to opt out of the Settlement and/or to submit objections to the Settlement as provided in the Settlement; and

8) The Court hereby schedules a final fairness hearing for 2:00 p.m. on _____, 2011.

Dated: _____      _____
                              United States District Judge

2
ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT