Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs<br><br>        v.<br><br>AMERICAN MULTI-CINEMA, INC.; and DOES 1-10,<br><br>                Defendants. | Case No. CV 07-00171 JHN-AJWx<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 26, 2011<br>Time: 10:00 a.m.<br>Ctrm: 790 (Roybal) |

Please take notice that, on September 26, 2011, at 10:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 790 in the Roybal Federal Building and Courthouse, located at 255 E. Temple Street, Los Angeles, California, plaintiff Michael Bateman ("Plaintiff") will and hereby does move for final approval of the class action settlement reached between Plaintiff and defendant American Multi-Cinema, Inc. ("AMC") that was preliminary approved by the Court on March 22, 2011 (the "Settlement") . Specifically, Plaintiff moves for an order:

1

1. Finding and determining that the notice procedure afforded to class members under the Settlement gave them the best notice practicable under the circumstances and satisfied the requirements of law and due process;

2. Finding and determining that the Settlement Class, as defined below, meets all of the legal requirements for class certification, and ordering that the following Settlement Class is finally approved and certified as a class for purposes of settlement of this action: All individuals in the United States of America who, between December 4, 2006 and January 29, 2007, used a credit card or debit card to purchase a movie ticket from AMC and were provided at the point of the sale with an electronically-printed receipt on which was printed the first four and the last four digits of the person's credit card or debit card number;

3. Finding and determining that the terms of the Settlement are fair, reasonable and adequate to the class and to each class member and that the class members who have not opted out are bound by the Settlement;

4. Finding and determining that the Settlement benefits to be provided to Class Members who submitted claims in accordance with the Settlement and other consumers are fair and reasonable and giving final approval to and ordering the distribution of settlement benefits in accordance with the Settlement;

5. Determining by separate order the request by Plaintiff for an Award of Attorney's Fees, Costs and Class Representative Enhancement Payment;

6. Ordering that, pursuant to the Settlement, all Class Members who did not timely request exclusion from the Settlement are permanently barred from prosecuting against AMC and its parents, predecessors, successors, subsidiaries, affiliates, and trusts, and all of its employees, officers, agents, attorneys, stockholders, fiduciaries, other service providers, and assigns, any of the claims released by them under the Settlement;

7. Ordering the parties to comply with the terms of the Settlement;

8. Dismissing the action with prejudice and directing the clerk to enter the

1 | order of dismissal as a final judgment; and

2 |     9.    Ordering that the Court retains jurisdiction of all matters relating to the
3 | interpretation, administration, implementation, effectuation and enforcement of its
4 | order and the Settlement.
5 |     Plaintiff's motion for final approval is made pursuant to Rule 23(e) of the
6 | Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable
7 | and adequate and is based on this Notice; the Memorandum of Points and Authorities
8 | and Declaration of Gregory N. Karasik filed herewith; all other papers on file in this
9 | action; and on any oral argument or other matters the Court may take into
10 | consideration when ruling on the motion.

12 | Dated: July 15, 2011                          SPIRO MOSS LLP

14 |                                     By: /s/ Gregory N. Karasik
                                            Gregory N. Karasik
15 |                                         Attorneys for Plaintiff