JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>AMERICAN MULTI-CINEMA, INC.; and DOES 1-10,<br><br>　　　　　Defendants.<br>_____ | Case No. 2:07-cv-00171-JHN-AJWx<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 26, 2011<br>Time: 10:00 a.m.<br>Ctrm: 790 (Roybal) |

The motion of plaintiff Michael Bateman ("Plaintiff") for final approval of the class action settlement reached between Plaintiff and defendant American Multi-Cinema, Inc. ("AMC") that was preliminary approved by the Court on March 22, 2011 (the "Settlement") came on regularly for hearing on September 26, 2011. Having considered the evidence and arguments submitted in support of the motion, and finding good cause to have been shown therefor, the Court grants final approval to the Settlement and hereby orders and makes the following determinations:

1

[proposed] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1. The Court finds and determines that the notice procedure afforded to class members under the Settlement gave them the best notice practicable under the circumstances and satisfied the requirements of law and due process;

2. The Court finds and determines that the Settlement Class, as defined below, meets all of the legal requirements for class certification, and orders that the following Settlement Class is finally approved and certified as a class for purposes of settlement of this action: All individuals in the United States of America who, between December 4, 2006 and January 29, 2007, used a credit card or debit card to purchase a movie ticket from AMC and were provided at the point of the sale with an electronically-printed receipt on which was printed the first four and the last four digits of the person's credit card or debit card number;

3. The Court finds and determines that the terms of the Settlement are fair, reasonable and adequate to the class and to each class member and that the class members who have not opted out are bound by the Settlement;

4. The Court finds and determines that the Settlement benefits to be provided to Class Members who submitted claims in accordance with the Settlement and other consumers are fair and reasonable and gives final approval to and orders the distribution of settlement benefits in accordance with the Settlement;

5. The Court determines by separate order the request by Plaintiff for an Award of Attorney's Fees, Costs and Class Representative Enhancement Payment;

6. The Court orders that, pursuant to the Settlement, all Class Members who did not timely request exclusion from the Settlement are permanently barred from prosecuting against AMC and its parents, predecessors, successors, subsidiaries, affiliates, and trusts, and all of its employees, officers, agents, attorneys, stockholders, fiduciaries, other service providers, and assigns, any of the claims released by them under the Settlement;

7. The Court orders the parties to comply with the terms of the Settlement;

8. The Court dismisses the action with prejudice and directs the clerk to

enter this order of dismissal as a final judgment; and

9. The Court orders that the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of its order and the Settlement.

Dated: October 11, 2011

_____
United States District Judge