MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. 108533)
Email: rplatt@manatt.com
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
AMERICAN MULTI-CINEMA, INC.

KARASIK LAW FIRM
GREGORY N. KARASIK (Bar No. 115834)
Email: greg@karasiklawfirm.com
11835 West Olympic Boulevard, Ste. 1275
Los Angeles, California 90064
Telephone: (310) 312-6800
Facsimile: (310) 943-2582

SPIRO MOORE LLP
IRA SPIRO (Bar No. 67641)
Email: ira@spiromoore.com
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California  90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

*Attorneys for Plaintiff*
MICHAEL BATEMAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MULTI-CINEMA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-00171 JFW (AJWx)<br><br>Hon. John F. Walter<br><br>FILED AS CLASS ACTION<br><br>**JOINT STATUS REPORT**<br><br>Action filed:     January 9, 2007 |

307165343.1

Plaintiff Michael Bateman, individually and on behalf of all others similarly situated ("Bateman"), and Defendant American Multi-Cinema, Inc. ("AMC"), respectfully submit this joint status report as required by the Court's March 7, 2013 order. (Dkt. No. 134.)

## BRIEF PROCEDURAL HISTORY

On January 9, 2007, Bateman filed this putative class action against AMC alleging violations of the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681c(g).

On October 24, 2008, the Court (then Cooper, J.) denied Bateman's motion for class certification. (Dkt. No. 54.)

Bateman petitioned the Ninth Circuit for permission to appeal the order denying class certification. (Case No. 09-55108.) The petition was granted, and the appeal was briefed and heard. On September 27, 2010, the Ninth Circuit reversed the order denying class certification and remanded the action to this Court. *See Bateman v. AMC*, 623 F.3d 708, 724 (9th Cir. 2010).

AMC petitioned the Ninth Circuit for panel rehearing or, alternatively, rehearing en banc. While AMC's petition was pending, the parties reached a classwide settlement. (Dkt. No. 70.) At the parties' request, the Ninth Circuit remanded the case to this Court for the limited purpose of evaluating the parties' settlement. (Dkt. No. 75.)

On October 11, 2011, the Court (then Nguyen, J.) granted final approval of the parties' settlement. (Dkt. No. 112.) In doing so, it overruled the objection of the sole objector to the settlement, Cassie Grimes Hampe. (*Id.*)

Also on October 11, 2011, the Court granted in part and denied in part class counsel's motion for attorneys' fees and costs. (Dkt. No. 114.)

Class counsel appealed the fee order to the Ninth Circuit. (Dkt. No. 115; Case No. 11-56970.) The fee appeal has been fully briefed. Oral argument has not yet been scheduled.

In the meantime, the objector, Ms. Hampe, appealed both the order granting final approval of the settlement and the fee order. (Dkt. No. 117; Case No. 11-57027.) Her appeal was voluntarily dismissed in its entirety on December 5, 2012. (Dkt. No. 128.) Upon the dismissal of the objector's appeal, the parties' settlement became final.

The parties filed a joint status report with the Ninth Circuit advising that, because the settlement had become final, AMC's pending petition for rehearing of the Ninth Circuit's opinion on class certification was moot. In response, the Ninth Circuit dismissed AMC's petition as moot. (Dkt. No. 129.) The Ninth Circuit subsequently issued its mandate reversing the order on class certification and remanding to this Court. (Dkt. No. 130.)

## CURRENT STATUS

At this point, the only unresolved issue is class counsel's appeal of the Court's fee order, which is pending before the Ninth Circuit. If the fee order is reversed and remanded, then class counsel's fee request would return to this Court for redetermination. Because oral argument has not yet been set, the parties respectfully request that the Court order another joint status report to be filed in six months.

Dated: March 13, 2013                MANATT, PHELPS & PHILLIPS, LLP

                                     By: /s/ Joseph E. Laska
                                         Joseph E. Laska
                                         *Attorneys for Defendant*
                                         AMERICAN MULTI-CINEMA, INC.

Dated: March 13, 2013                KARASIK LAW FIRM

                                     By: /s/ Gregory N. Karasik
                                         Gregory N. Karasik
                                         *Attorneys for Plaintiff*
                                         MICHAEL BATEMAN