**FILED**

JUL 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MICHAEL BATEMAN, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

v.

AMERICAN MULTI-CINEMA, INC.,

    Defendant - Appellee.

No. 11-56970

D.C. No. 2:07-cv-00171-JHN-AJW
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT
7/24/2013
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

The Stipulated Motion to Voluntarily Dismiss Appeal with Prejudice is **GRANTED**. Oral argument scheduled for August 29, 2013, is **VACATED**. Each party shall bear its own costs.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
Clerk of Court

By: Samantha Miller
Deputy Clerk