MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. 108533)
Email: rplatt@manatt.com
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
AMERICAN MULTI-CINEMA, INC.

KARASIK LAW FIRM
GREGORY N. KARASIK (Bar No. 115834)
Email: greg@karasiklawfirm.com
11835 West Olympic Boulevard, Ste. 1275
Los Angeles, California 90064
Telephone: (310) 312-6800
Facsimile: (310) 943-2582

SPIRO MOORE LLP
IRA SPIRO (Bar No. 67641)
Email: ira@spiromoore.com
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California  90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

*Attorneys for Plaintiff*
MICHAEL BATEMAN

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated, | Case No. CV07-00171 JFW (AJWx) |
| | Hon. John F. Walter |
| Plaintiffs, | FILED AS CLASS ACTION |
| vs. | **JOINT STATUS REPORT** |
| AMERICAN MULTI-CINEMA, INC.; and DOES 1 through 10, inclusive, | Action filed:      January 9, 2007 |
| Defendants. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STATUS REPORT

Plaintiff Michael Bateman, individually and on behalf of all others similarly situated, and Defendant American Multi-Cinema, Inc. respectfully submit this joint status report as required by the Court's March 14, 2013 order. (Dkt. No. 136.)

Since the parties filed their last status report on March 13, 2013, the appeal of the Court's fee order has been dismissed. At this point, there are no pending appeals, and the time to file any additional appeals has expired. And all material terms of the parties' settlement (as approved by the Court) have been completed.

The parties respectfully submit that the case may be closed.

Dated: September 13, 2013          MANATT, PHELPS & PHILLIPS, LLP

                                   By: /s/ Joseph E. Laska
                                       Joseph E. Laska
                                       *Attorneys for Defendant*
                                       AMERICAN MULTI-CINEMA, INC.

Dated: September 13, 2013          KARASIK LAW FIRM

                                   By: /s/ Gregory N. Karasik
                                       Gregory N. Karasik
                                       *Attorneys for Plaintiff*
                                       MICHAEL BATEMAN